UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD L. DAVIS,

    Plaintiff,

v.    Case No. 5:06-cv-186
    HON. ROBERT HOLMES BELL

ELLEN WOOD, et al.,

    Defendants.
_____/

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.    The Report and Recommendation of the Magistrate Judge (Docket #35) is approved and adopted as the opinion of the Court.

2.    Plaintiff's motion for a temporary restraining order and preliminary injunction (Docket #20) is DENIED.

Date:   May 31, 2007           /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      CHIEF UNITED STATES DISTRICT JUDGE